E-FILED
Monday, 23 May, 2016  11:52:57 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL SCHOOLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.:  4:14-cv-04080 |
| vs. ) | |
| ) | |
| INTERSTATE CHEMICAL ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Paul Schoolen, by his attorney Heather L. Carlson of the law firm McDonald, Woodward & Carlson, P.C., and Defendant, Interstate Chemical Company, by its attorney Jeffrey D. Wright of the law firm Pappas Davidson O'Connor & Fildes, P.C., report that the parties in this matter have reached a settlement.  Accordingly, the parties hereby stipulate pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the court to any party.

Dated:  May 23, 2016

Respectfully submitted,

| | |
|---|---|
| INTERSTATE CHEMICAL COMPANY, Defendant | PAUL SCHOOLEN, Plaintiff |
| By: */s/ Jeffrey D. Wright* | By: */s/ Heather L. Carlson* |
| Jeffrey D. Wright<br>1617 Second Ave. Ste. 300<br>Rock Island, IL 61201<br>(309) 788-7110<br>jwright@pdoflegal.com<br>Attorney for Defendant | Heather L. Carlson<br>3432 Jersey Ridge Rd.<br>Davenport, IA 52807<br>(563) 355-6478<br>hcarlson@mwilawyers.com<br>Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2016, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties:

Heather L. Carlson  
McDonald, Woodward & Carlson, P.C.  
3432 Jersey Ridge Road  
Davenport, Iowa 52807  
hcarlson@mwilawyers.com

                                       ***/s/ Jeffrey D. Wright***